IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MISTI MEWES, *et al.*,

Plaintiffs,

v.

USA, *et al.*,

Defendants.

Case No. 15-cv-1019 JPG/DGW

# JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: January 23, 2017**      JUSTINE FLANAGAN, Acting Clerk of Court

*s/Tina Gray*, **Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
       **J. PHIL GILBERT**
       **DISTRICT JUDGE**